AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Brandon Germanotanaka<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br><br>Mag No 20-1033 RT |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Aug 14, 2020**
Michelle Rynne, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 13, 2020__ in the county of __Honolulu__ in the _____ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute Methamphetamine |
| 18 USC 924(c) | Use of Firearm in Further of Drug Trafficking Crime |

This criminal complaint is based on these facts:
See affidavit of Timothy Nguyen

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Nguyen, Special Agent, DEA
*Printed name and title*

Sworn to under oath before me telephonically and attestation acknolwedged pursuant to FRCP 4.1(b)(2).

Date: August 14, 2020

City and state: Honolulu, HI

_____
Rom A. Trader
United States Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, TIMOTHY NGUYEN, being duly sworn, deposes and states as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration ("DEA") and am currently assigned to Honolulu, HI.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the specified violation of federal law and does not set forth all of my knowledge about this matter.

3. On August 13, 2020, law enforcement conducted a traffic stop on a vehicle driven by Brandon Germanotanaka on the H1 highway in Honolulu, HI. A search of the exterior of the vehicle, using the drug detection canine, was conducted, at which time the canine alerted to the odor of controlled substances emanating from the vehicle. A preliminary search was conducted and one firearm and a substance resembling methamphetamine was observed. The vehicle was then transported to a secure location. A thorough search of the contents of the vehicle was subsequently conducted, at which time approximately 40 grams of a substance resembling methamphetamine, a loaded 9mm pistol, a loaded .45 caliber pistol, a loaded shotgun, and a loaded AR-15 rifle were seized from inside the vehicle. The substance field-tested positive for the presence of methamphetamine.

4. After being read his Miranda Warnings, Germanotanaka elected to waive his rights and provide a statement. Germanotanaka stated that the methamphetamine and all of the firearms in the vehicle belonged to him.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, August 14, 2020.

Timothy Nguyen
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Based upon the foregoing, the undersigned Judicial Officer finds that there is probable cause to believe that defendant above-named committed the crimes charged in the Criminal Complaint, this 14th day of August 2020 at 1:15 p.m.



Rom A. Trader
United States Magistrate Judge

2